IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche"**;
2. JULIO ORTIZ;
3. NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4. JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5. KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6. DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

---

## ORDER TO CONTINUE SENTENCING

---

    Defendant Juan Luis Tovar-Rodriguez's Amended Unopposed Motion to Continue the Sentencing (Dkt. # 194) is GRANTED.  The Court hereby

    ORDERS that the sentencing with regard to Defendant Juan Luis Tovar-Rodriguez currently set for February 27, 2006 is CONTINUED to **Friday, March 24, 2006 at 9:00 a.m.**

    DATED: February 24, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge