IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**     **JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche"**;
2.     JULIO ORTIZ;
3.     NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4.     JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.     KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.     DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

## ORDER TO RESET SENTENCING HEARING

This matter is before the Court *sua sponte*. The sentencing with regard to Defendant Juan Luis Tovar-Rodriguez set for March 24, 2006 is RESET to **March 31, 2006 at 9:30 a.m.**

    DATED: March 3, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge