IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.**    **JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche"**;
2.    JULIO ORTIZ;
3.    NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4.    JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.    KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.    DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

      Defendants.
_____

## ORDER TO RESET SENTENCING
_____

      This matter is before the Court *sua sponte*. It is ORDERED that the sentencing with regard to Defendant Juan Luis Tovar-Rodriguez currently set for April 6, 2006 is RESET to **Tuesday, April 11, 2006 at 8:30 a.m.**

      DATED: April 3, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge